IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:09-CV-21881

CCCS INTERNATIONAL,,
a Florida Corporation,

      Plaintiff,

vs.

FONTAINEBLEAU FLORIDA
HOTEL, LLC, a Foreign Limited Liability
Company, and TURNBERRY
CONSTRUCTION, INC., a Florida
corporation,

      Defendant.

_____/

## NOTICE OF APPEARANCE

YOU ARE HEREBY NOTIFIED that ALVIN D. LODISH, ESQ. of the firm of DANIELS, KASHTAN, DOWNS, ROBERTSON & MCGIRNEY by and through undersigned counsel hereby enter this Notice of Appearance as Counsel for Defendant, Fontainebleau Florida Hotel, LLC in the above captioned case, and requests that all motions, notices, pleadings, discovery and correspondence pertaining to this action be directed to this attention.

*(Certificate of Service to follow on the next page)*

*Case No.: 09-67344 CA 20*
*Page 2*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of October, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

Respectfully submitted,

DANIELS, KASHTAN, DOWNS.
ROBERTSON & MCGIRNEY
Counsel for Defendant
3300 Ponce De Leon Boulevard
Coral Gables, FL 33134
Telephone: (305) 448-7988
Facsimile: (305) 448-7978

BY: _____
Alvin D. Lodish, Esq.
Fla. Bar No.: 0622273
Alodish@dkdr.com

P:\EDSISS\DOCS\1263\6250\CZ9874.DOC